Name (Bar No.): Jonathan D. Bletzacker (USB12034)
Firm: Parsons Behle & Latimer
Address: 201 S. Main Street, Ste 1800
Telephone: 801-532-1234
E-mail: jbletzacker@parsonsbehle.com
E-mail: ecf@parsonsbehle.com
*Attorney(s) for Wright Thurston, Green United, LLC, True North Investments, LLC, Block Brothers, LLC*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Securities and Exchange Comm._____, <br><br> Plaintiff, <br><br> v. <br><br> Green United, LLC, et al._____, <br><br> Defendants. | MOTION FOR PRO HAC VICE ADMISSION <br><br> CASE NO: 2:23-CV-00159 |

I move for the pro hac vice admission of Steve Gannon (Applicant) as counsel for Wright Thurston, Green United, LLC, True North Investments, LLC, and Block Brothers, LLC, and I consent to serve as local counsel. The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that the Applicant:

✔ is not a member of the Utah State Bar.

✔ does not maintain a law office in Utah.

✔ has not been admitted pro hac vice in any case in this district in the previous 5 years.

If the Applicant has been admitted pro hac vice in other cases in this district during the previous 5 years, please complete the following section(s):

In the previous 5 years, the Applicant has been admitted pro hac vice in the following cases in this district (include case name and number):

n/a

If the Applicant has been admitted pro hac vice in more than 3 unrelated cases in the previous 5 years, the Applicant offers the following reason(s) for failing to seek admission to the Utah State Bar:

n/a

DATED: April 6, 2023.

_____
Signature