# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Securities and Exchange Commission,<br><br>Plaintiff,<br><br>v.<br><br>Green United, LLC, et al.,<br><br>Defendants. | ORDER [GRANTING/DENYING] PRO HAC VICE ADMISSION<br><br>CASE NO: 2:23-cv-00159 |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Nellie

Dunderdale.  Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED/DENIED.


DATED this _____ day of _____, 20_____.


BY THE COURT:


_____
Name
Title