# EXHIBIT A



# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Jonathan D. Bletzacker (USB 12034) |
| Firm: | Parsons Behle & Latimer |
| Address: | 201 S. Main Street, Ste 1800 |
| | Salt Lake City, UT 84111 |
| Telephone: | 801-532-1234 |
| Email: | jbletzacker@parsonsbehle.com; ecf@parsonsbehle.com |
| | |
| Pro Hac Vice Applicant: | Cameron S. Matheson |
| Firm: | Davis Wright Tremaine LLP |
| Address: | 4870 Sadler Road, Suite 301 |
| | Glen Allen, VA 23060 |
| Telephone: | 804-762-5332 |
| Email: | CameronMatheson@dwt.com |

Pro hac vice applicants who intend to become a member of the Utah State Bar, please identify the type of admission are you seeking?

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## BAR MEMBERSHIP

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Virginia | 47145 | 10/23/2001 |
| New York | 4892295 | 2/17/2011 |
| Massachusetts | 636628 | 12/17/1997 |
| | | |
| | | |
| | | |

1

4887-9522-7735.v1

| Have you ever been the subject of disciplinary action by any bar to which you have been admitted? | ☐ Yes | ☒ No |

If yes, please explain:

|  |
|  |

**LIST ALL PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH**

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| I certify that I am a member in good standing of all bars to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

*Cameron S. Matheson*
_____
Signature

_____3/15/2023_____
Date

4887-9522-7735.v1