# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Securities and Exchange Commission,<br><br>     Plaintiff,<br><br> v.<br><br>Green United, LLC, et al.,<br><br>     Defendants. | ORDER [GRANTING/DENYING] PRO HAC VICE ADMISSION<br><br>CASE NO: 2:23-cv-00159 |

  Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Cameron S. Matheson. Based on the motion and for good cause appearing,

  **IT IS HEREBY ORDERED** that the motion is GRANTED/DENIED.

DATED this ____ day of _____, 20_____.

                  BY THE COURT:

                  _____
                  Name
                  Title