IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Securities and Exchange Commission,<br><br>Plaintiff,<br><br>v.<br><br>Green United, LLC, et al.,<br><br>Defendants. | ORDER GRANTING PRO HAC VICE ADMISSION<br><br>CASE NO: 2:23-cv-00159<br><br>Magistrate Judge Dustin B. Pead |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Steve Gannon. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED. (ECF No. 13.)

DATED this 7th day of April, 2023.

BY THE COURT:

Dustin B. Pead
U.S. Magistrate Judge

**Error! Unknown document property name.**