### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| Securities and Exchange Commission, | ORDER GRANTING PRO HAC VICE ADMISSION |
| Plaintiff, | |
| v. | CASE NO: 2:23-cv-00159 |
| Green United, LLC, et al., | |
| Defendants. | Dustin B. Pead |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of

Cameron S. Matheson.  Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED. (ECF No. 15.)

DATED this 7th day of April, 2023.

BY THE COURT:

_____
Dustin B. Pead
U.S. Magistrate Judge