*Prepared by:*

Jonathan D. Bletzacker (12034)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
jbletzacker@parsonsbehle.com
ecf@parsonsbehle.com

Stephen T. Gannon (*Admitted Pro Hac Vice*)
Cameron S. Matheson (*Admitted Pro Hac Vice*)
Nellie Dunderdale (*Admitted Pro Hac Vice*)
**DAVIS WRIGHT TREMAINE LLP**
4870 Sadler Road, Suite 301
Gen Allen, Virginia 23060
SteveGannon@dwt.com
CameronMatheson@dwt.com
NellieDunderdale@dwt.com

*Attorneys for Defendants Green United, LLC and Wright W. Thurston, and Relief Defendants*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br>v.<br><br>GREEN UNITED, LLC, a Utah limited liability company; WRIGHT W. THURSTON, an individual; and KRISTOFFER A. KROHN, an individual,<br><br>      Defendants,<br><br>TRUE NORTH UNITED INVESTMENTS, LLC, a Utah limited liability company; and BLOCK BROTHERS, LLC, a Utah limited liability company;<br><br>      Relief Defendants. | **ORDER GRANTING:**<br><br>**STIPULATED MOTION TO EXTEND THE TIME FOR DEFENDANTS AND RELIEF DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>Case No. 2:23-cv-00159-BSJ<br><br>Judge Bruce S. Jenkins |

4894-1034-0449.v1

Pursuant to the Stipulated Motion to Extend the Time for Defendants and Relief Defendants to Respond to the Complaint, it is HEREBY ORDERED that Defendants Green United, LLC, Wright W. Thurston, and Kristoffer A. Krohn, and Relief Defendants True North United Investments, LLC and Block Brothers, LLC are granted an extension to respond to the Complaint by Friday, May 19, 2023.

DATED this 7th day of May 2023.

BY THE COURT:

Bruce S. Jenkins
United States Judge

Approved as to form:

**MICHAEL BEST & FRIEDRICH LLP**

/s/ *Richard F. Ensor*
Richard F. Ensor
*Attorneys for Defendant Kristoffer A. Krohn*


**SECURITIES AND EXCHANGE COMMISSION**

/s/ *Michael E. Welsh*
Michael E. Welsh
Casey R. Fronk
*(electronically signed with permission)*
*Attorneys for Plaintiff Securities and Exchange Commission*

4894-1034-0449.v1

## CERTIFICATE OF SERVICE

On this 2nd day of May 2023, I hereby certify that I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification and service to all counsel of record.

/s/ Jonathan D. Bletzacker

4894-1034-0449.v1