*Prepared by:*

Jonathan D. Bletzacker (12034)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
jbletzacker@parsonsbehle.com
ecf@parsonsbehle.com

Stephen T. Gannon (*Admitted Pro Hac Vice*)
Cameron S. Matheson (*Admitted Pro Hac Vice*)
Nellie Dunderdale (*Admitted Pro Hac Vice*)
**DAVIS WRIGHT TREMAINE LLP**
4870 Sadler Road, Suite 301
Richmond, Virginia 23060
SteveGannon@dwt.com
CameronMatheson@dwt.com
NellieDunderdale@dwt.com

*Attorneys for Defendants Green United, LLC and Wright W. Thurston and Relief Defendants*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br>v.<br>GREEN UNITED, LLC, et al.,<br><br>　　　　　Defendants. | **[PROPOSED] ORDER GRANTING DEFENDANTS GREEN UNITED, LLC, WRIGHT W. THURSTON, AND RELIEF DEFENDANTS' MOTION FOR LEAVE TO FILE AN OVERLENGTH MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Case No. 2:23-cv-00159-BSJ<br><br>Judge Bruce S. Jenkins |

Based on Defendants Green United, LLC and Wright W. Thurston and Relief Defendants True North United Investments, LLC and Block Brothers, LLC's Motion for Leave to File an

1

Overlength Memorandum in Support of their Motion to Dismiss Plaintiff's Complaint, and for good cause appearing, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and the Memorandum in Support may include up to 12 additional pages, or 37 pages in total.

DATED this _____ day of May 2023.

**BY THE COURT:**

_____
Honorable Bruce S. Jenkins
District Court Judge

## CERTIFICATE OF SERVICE

On this 19th day of May 2023, I hereby certify that I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification and service to all counsel of record.

/s/ Jonathan D. Bletzacker