David Jordan (Utah Bar No.: 1751)
Foley & Lardner LLP
95 S. State Street, Suite 2500
Salt Lake City, Utah 84111
Telephone: (801) 401-8900
Facsimile: (801) 799-7576
djordan@foley.com
***Attorneys for Kristoffer Krohn***

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | |
| GREEN UNITED, LLC, a Utah limited liability company; WRIGHT W. THURSTON, an individual; and KRISTOFFER A. KROHN, an individual; | Case No.: 2:23-CV-00159 |
| Defendants, | |
| TRUE NORTH UNITED INVESTMENTS, LLC, a Utah limited liability; and BLOCK BROTHERS, LLC, a Utah limited liability company; | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>District Judge: Bruce S. Jenkins |
| Relief Defendants. | |

1

PLEASE TAKE NOTICE that David Jordan of Foley & Lardner LLP hereby enters his appearance on behalf of Defendant, Kristoffer Krohn, in the above-captioned matter.

Please provide notice by ECF to:

>David Jordan (Utah Bar No.: 1751)
>Foley & Lardner LLP
>95 S. State Street, Suite 2500
>Salt Lake City, Utah 84111
>Telephone: (801) 401-8900
>Facsimile: (801) 799-7576
>djordan@foley.com

DATED this 19th day of May, 2023

**FOLEY & LARDNER LLP**

*/s/ David J. Jordan*
David J. Jordan
95 S. State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: (801) 401-8900
E-mail: djordan@foley.com

*Attorneys for Kristoffer Krohn*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of May, 2023, a true and correct copy of the above and foregoing **NOTICE OF APPEARANCE OF COUNSEL** was filed and served *via* CM/ECF upon the following:

Michael E. Welsh
Casey R. Fronk
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, UT 84101

*/s/ Heather Kunkel*
Heather Kunkel
