David Jordan (Utah Bar No.: 1751)
Foley & Lardner LLP
95 S. State Street, Suite 2500
Salt Lake City, Utah 84111
Telephone: (801) 401-8900
Facsimile: (801) 799-7576
djordan@foley.com
*Attorneys for Kristoffer Krohn*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> GREEN UNITED, LLC, a Utah limited liability company; WRIGHT W. THURSTON, an individual; and KRISTOFFER A. KROHN, an individual; <br><br> Defendants, <br><br> TRUE NORTH UNITED INVESTMENTS, LLC, a Utah limited liability; and BLOCK BROTHERS, LLC, a Utah limited liability company; <br><br> Relief Defendants. | Case No.: 2:23-CV-00159 <br><br><br> **MOTION FOR PRO HAC VICE ADMISSION** <br><br> District Judge: Bruce S. Jenkins |

1

I move for the pro hac vice admission of <u>Thomas J. Krysa</u> (Applicant) as counsel for <u>Kristoffer Krohn</u>, and I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED this 19th day of May, 2023

**FOLEY & LARDNER LLP**

<u>/s/ David J. Jordan</u>
David J. Jordan
95 S. State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: (801) 401-8900
E-mail: djordan@foley.com

*Attorneys for Kristoffer Krohn*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of May, 2023, a true and correct copy of the above and foregoing **MOTION FOR PRO HAC VICE ADMISSION** was filed and served *via* CM/ECF upon the following:

Michael E. Welsh
Casey R. Fronk
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, UT 84101

                                                         */s/ Heather Kunkel*
                                                         Heather Kunkel