

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
APPLICATION FOR PRO HAC VICE ADMISSION**

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | David Jordan |
| Firm: | Foley & Lardner LLP |
| Address: | 95 S. State Street, Suite 2500 |
| | Salt Lake City, Utah 84111 |
| | |
| Telephone: | (801) 401-8900 |
| Email: | djordan@foley.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | Thomas J. Krysa |
| Firm: | Foley & Lardner LLP |
| Address: | 1400 16th Street, Suite 200 |
| | Denver, Colorado 80202 |
| | |
| Telephone: | (720) 437-2000 |
| Email: | tkrysa@foley.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Colorado | 28440 | 08/1997 |
| U.S. Dist. Ct. Colorado | | 05/17/2004 |
| District of Columbia | | 12/15/2022 |
| 10th Cir. | | 07/01/2016 |
| 4th Cir. | | 1999 |
| Tax Court | | 2016 |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?       ☐ Yes       ☒ No

If yes, please explain:

### LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH
### IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | | |
|---|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No | |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No | |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No | |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No | |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No | |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No | |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_/s/ Thomas J. Krysa_                    May 19, 2023
Signature                                Date

2