# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>GREEN UNITED, LLC, a Utah limited liability company; WRIGHT W. THURSTON, an individual; and KRISTOFFER A. KROHN, an individual;<br><br>        Defendants,<br><br>TRUE NORTH UNITED INVESTMENTS, LLC, a Utah limited liability; and BLOCK BROTHERS, LLC, a Utah limited liability company;<br><br>        Relief Defendants. | Case No.: 2:23-CV-00159<br><br><br><br><br><br>**ORDER [GRANTING/DENYING] PRO HAC VICE ADMISSION** |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Thomas J. Krysa.  Based on the motion and for good cause appearing,

    **IT IS HEREBY ORDERED** that the motion is GRANTED/DENIED.

DATED this _____ day of _____, 2023.

                                                                  BY THE COURT:

                                                                  _____
                                                                  Name
                                                                  Title