IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>v.<br><br>GREEN UNITED, LLC, a Utah limited liability company; WRIGHT W. THURSTON, an individual; and KRISTOFFER A. KROHN, an individual;<br><br>   Defendants,<br><br>TRUE NORTH UNITED INVESTMENTS, LLC, a Utah limited liability; and BLOCK BROTHERS, LLC, a Utah limited liability company;<br><br>   Relief Defendants. | Case No.: 2:23-CV-00159<br><br><br><br>**ORDER GRANTING PRO HAC VICE ADMISSION** |

  Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Thomas J. Krysa. Based on the motion and for good cause appearing,

  **IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this 22 day of May, 2023.

BY THE COURT:

_____
Bruce S. Jenkins
U.S. Senior District Judge