Michael E. Welsh (Massachusetts Bar No. 693537)
welshmi@sec.gov
Casey R. Fronk (Illinois Bar No. 6296535)
fronckc@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel: (801) 524-5796

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br>　v.<br><br>GREEN UNITED, LLC, a Utah limited liability company; WRIGHT W. THURSTON, an individual; and KRISTOFFER A. KROHN, an individual,<br><br>　　　　　Defendants,<br><br>TRUE NORTH UNITED INVESTMENTS, LLC, a Utah limited liability company; and BLOCK BROTHERS, LLC, a Utah limited liability company;<br><br>　　　　　Relief Defendants. | **STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE/REPLY TO DEFENDANTS' MOTIONS TO DISMISS [DKT. NOS. 23, 28]**<br><br><br>Case No. 2:23-cv-00159-BSJ<br><br>Judge Bruce S. Jenkins |

Pursuant to Federal Rule of Civil Procedure 6(b) and DUCivR 7-1(a)(2)(A), the parties, by and through their respective counsel, hereby stipulate and move the Court to extend the time for Plaintiff Securities and Exchange Commission ("SEC") to respond to the Defendants' Motions to Dismiss the Complaint [Dkt. Nos. 23, 28] from the current date of Friday, June 16, 2023, to and including Friday, June 30, 2023.  The parties further stipulate and move the Court to extend the

time for Defendants to file any reply to and including Friday, July 28, 2023. These extensions are requested to accommodate scheduling conflicts of counsel. A proposed Order has been submitted herewith.

Dated: June 2, 2023.

**SECURITIES AND EXCHANGE COMMISSION**

/s/ *Michael E. Welsh*
Michael E. Welsh
Casey R. Fronk
*Attorneys for Plaintiff Securities and Exchange Commission*


**PARSONS BEHLE & LATIMER**

/s/ *Jonathan D. Bletzacker*
Jonathan D. Bletzacker
*(electronically signed with permission)*
*Attorneys for Defendants Green United, LLC and Wright W. Thurston, and Relief Defendants*


**MICHAEL BEST & FRIEDRICH LLP**

/s/ *Richard F. Ensor*
Richard F. Ensor
*(electronically signed with permission)*
*Attorneys for Defendant Kristoffer A. Krohn*

## CERTIFICATE OF SERVICE

On this 2nd day of June 2023, I hereby certify that I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification and service to all counsel of record.

/s/ *Michael E. Welsh*