*Prepared by:*

Michael E. Welsh (Massachusetts Bar No. 693537)
welshmi@sec.gov
Casey R. Fronk (Illinois Bar No. 6296535)
fronckc@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel: (801) 524-5796

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br>v.<br><br>GREEN UNITED, LLC, a Utah limited liability company; WRIGHT W. THURSTON, an individual; and KRISTOFFER A. KROHN, an individual,<br><br>             Defendants,<br><br>TRUE NORTH UNITED INVESTMENTS, LLC, a Utah limited liability company; and BLOCK BROTHERS, LLC, a Utah limited liability company;<br><br>             Relief Defendants. | **[PROPOSED] ORDER GRANTING:**<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE/REPLY TO DEFENDANTS' MOTIONS TO DISMISS [DKT. NOS. 23, 28]**<br><br>Case No. 2:23-cv-00159-BSJ<br><br>Judge Bruce S. Jenkins |

This matter is before the Court on the parties' Stipulated Motion for Extension of Time to File Response/Reply to Defendants' Motions to Dismiss [Dkt. Nos. 23, 28] (the "Stipulated Motion"). Having reviewed the Stipulated Motion, and based upon the stipulation of the parties, the Court hereby GRANTS the Stipulated Motion.

1

It is HEREBY ORDERED that Plaintiff Securities and Exchange Commission shall have until June 30, 2023 to respond to the Defendants' Motions to Dismiss [Dkt. Nos. 23, 28].

It is HEREBY ORDERED that Defendants Green United, LLC, Wright W. Thurston, and Kristoffer A. Krohn, and Relief Defendants True North United Investments, LLC and Block Brothers, LLC shall have until July 28, 2023 to file a reply in support of their respective Motion to Dismiss.

DATED this _____ day of June 2023.

BY THE COURT:

_____
Bruce S. Jenkins
United States Judge


*Approved as to form*:

**MICHAEL BEST & FRIEDRICH LLP**

/s/ *Richard F. Ensor*
Richard F. Ensor
*Attorneys for Defendant Kristoffer A. Krohn*


**PARSONS BEHLE & LATIMER**

/s/ *Jonathan D. Bletzacker*
Jonathan D. Bletzacker
*Attorneys for Defendants Green United, LLC and Wright W. Thurston, and Relief Defendants*

## CERTIFICATE OF SERVICE

On this 2nd day of June 2023, I hereby certify that I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification and service to all counsel of record.

/s/ *Michael E. Welsh*