**Appendix A – Names of *Amici***

| | |
|---|---|
| James Alalibo | Jeff Johnson |
| Mandy Blase Alexander | Jenny D. Jones |
| Bonnie Renee Arnell | Branson Kaufusi |
| Glen Van Orden Arnell | Kristian Lovas |
| James Bell | Ron Martindale |
| Scott Benson | Gregory Alan Matthews |
| Marco Bigherati | Linas Mikalauskas |
| Jacqueline Briggs | Dionne Miller-Wilson |
| Melinda Carpenter | Akil Muhammad |
| Riccardo Ciarcia | Aaron C. Olson |
| Chase Correa | Christopher Dean Petersen |
| Garrett Allen Dahlin | Kelly Peterson |
| Patricia Davis | Daniel Boyd Robison |
| Mitch Daroczi | Roberto Rusiello |
| Jake Dieterich | Jesse Rutledge |
| Nikki M. Drago | Leanne Selle |
| Eldridge J. DuFauchard | Markus Senften |
| Jacob Fordham | Guy Shephard |
| Brenda L. Green | Tero Takamaa |
| Patrick Guiden | Diana Townsend |
| Chandler Hughes | Lorna T. Vasquez |
| Hunter Hughes | Dennis Walker |
| Raymond Harvey Hughes | Robert L. Wood |
| Rhys Ernest Frederick Hulme | Larry Wright |
| Nick Huntington | |