Charles D. Morris (18058)
**ARMSTRONG TEASDALE LLP**
222 South Main Street, Suite 1830
Salt Lake City, Utah 84101
Telephone: (801) 401-1600
Email: cdmorris@atllp.com

*Attorneys for Amici Curiae*

John P. O'Herron (VSB No. 79357) *(pro hac vice forthcoming)*
Zachary D. Cohen (VSB No. 74770) *(pro hac vice forthcoming)*
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Telephone: (804) 649-7545
Facsimile: (804) 780-1813
joherron@t-mlaw.com
zcohen@t-mlaw.com

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREEN UNITED, LLC, a Utah limited liability company; WRIGHT W. THURSTON, an individual; and KRISTOFFER A. KROHN, an individual,<br><br>Defendants,<br><br>TRUE NORTH UNITED INVESTMENTS, LLC, a Utah limited liability; and BLOCK BROTHERS, LLC, a Utah limited liability company,<br><br>Relief Defendants. | **ORDER GRANTING MOTION FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANTS' RULE 12(B)(6) MOTIONS TO DISMISS**<br><br>Case No. 2:23-cv-00159<br><br>Judge Bruce S. Jenkins |

Before the Court is *Amici Curiae*'s Motion for Leave to File an Amicus Curiae Brief in Support of Defendants' Rule 12(B)(6) Motions to Dismiss ("Motion"). Having considered the Motion and finding good cause, it is HEREBY ORDERED that:

    1.    The Motion is GRANTED.

2.  The Clerk is directed to file the attached *Amici Curiae* Brief in Support of Defendants; Rule 12(B)(6) Motions to Dismiss.

IT IS SO ORDERED.

**SO ORDERED** this 6th day of June, 2023.

BY THE COURT:

*[signature]*
BRUCE S. JENKINS
United States Judge