EXHIBIT A



### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
### APPLICATION FOR PRO HAC VICE ADMISSION

### <u>CONTACT INFORMATION</u>

| | |
|---|---|
| Local Counsel: | Jonathan Bletzacker |
| Firm: | Parsons Behle & Latimer |
| Address: | 203 S. Main St., Suite 1800 |
| | |
| Telephone: | 801-532-1234 |
| Email: | ecf@parsonsbehle.com, jbletzacker@parsonsbehle.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | David Nordlinger |
| Firm: | Davis Wright Tremaine LLP |
| Address: | 920 Fifth Avenue |
| | Seattle, WA  98104-1610 |
| | |
| Telephone: | 206-757-8328 |
| Email: | davidnordlinger@dwt.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

### <u>STATE AND FEDERAL BAR MEMBERSHIPS</u>

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| New York State | 5499991 | January 19, 2017 |
| Washington State | 59545 | June 21, 2022 |
| | | |
| | | |
| | | |
| | | |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?      ☐ Yes      ☒ No

1

If yes, please explain:

N/A

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

N/A

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

2

/s/ David Nordlinger _____      July 25, 2023 _____
Signature                              Date