# EXHIBIT B

Jonathan D. Bletzacker (12034)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
jbletzacker@parsonsbehle.com
ecf@parsonsbehle.com

Stephen T. Gannon (*Admitted Pro Hac Vice*)
Cameron S. Matheson (*Admitted Pro Hac Vice*)
Nellie Dunderdale (*Admitted Pro Hac Vice*)
**DAVIS WRIGHT TREMAINE LLP**
4870 Sadler Road, Suite 301
Richmond, Virginia 23060
SteveGannon@dwt.com
CameronMatheson@dwt.com
NellieDunderdale@dwt.com

*Attorneys for Defendants Green United, LLC and Wright W. Thurston and Relief Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>GREEN UNITED, LLC, et al.,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING PRO HAC VICE ADMISSION**<br><br>Case No. 2:23-cv-00159-BSJ<br><br>Judge Bruce S. Jenkins |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of David Nordlinger. Based on the motion and for good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED/DENIED.

4867-3814-1554.v1

DATED this _____ day of _____, 20_____.

                                                BY THE COURT:

                                                _____

                                                United State District Judge