*Prepared by:*

Jonathan D. Bletzacker (12034)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
jbletzacker@parsonsbehle.com
ecf@parsonsbehle.com

Stephen T. Gannon (*Admitted Pro Hac Vice*)
Cameron S. Matheson (*Admitted Pro Hac Vice*)
Nellie Dunderdale (*Admitted Pro Hac Vice*)
David Nordlinger (*Admitted Pro Hac Vice*)
**DAVIS WRIGHT TREMAINE LLP**
4870 Sadler Road, Suite 301
Richmond, Virginia 23060
SteveGannon@dwt.com
CameronMatheson@dwt.com
NellieDunderdale@dwt.com
DavidNordlinger@dwt.com

*Attorneys for Defendants Green United, LLC and Wright W. Thurston and Relief Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREEN UNITED, LLC, et al.,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING DEFENDANTS GREEN UNITED, LLC, WRIGHT W. THURSTON, AND RELIEF DEFENDANTS' MOTION FOR LEAVE TO FILE AN OVERLENGTH REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Case No. 2:23-cv-00159-BSJ<br><br>Judge Bruce S. Jenkins |

Based on Defendants Green United, LLC and Wright W. Thurston and Relief Defendants True North United Investments, LLC and Block Brothers, LLC's Motion for Leave to File an Overlength Reply Memorandum in Support of their Motion to Dismiss Plaintiff's Complaint, and for good cause appearing, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and the Reply Memorandum in Support may include up to 7 additional pages, or 17 pages in total.

DATED this _____ day of _____ 2023.

                                                **BY THE COURT:**

                                                _____
                                                Honorable Bruce S. Jenkins
                                                District Court Judge

## CERTIFICATE OF SERVICE

On this 28th day of July 2023, I hereby certify that I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification and service to all counsel of record.

/s/ Jonathan D. Bletzacker