IN THE UNITED STATED DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

---

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

vs.

GREEN UNITED, LLC, et al.,

        Defendants.

Case No. 2:23-cv-00159

---

## AFFIDAVIT OF CAMERON MATHESON

I, Cameron Matheson, hereby affirm the following to be true, under penalty of perjury:

1.     I am an attorney with the firm Davis Wright Tremaine LLP and counsel of record for Defendants Green United, LLC, Wright Thurston, and the Relief Defendants.

2.     Attached as Exhibit A is a true and correct copy of the transcript of the hearing held in *SEC v. Coinbase, Inc., et al.*, 23 CV 4738 (S.D.N.Y.) on July 13, 2023.

Dated: July 28, 2023
       Richmond, VA

*/s/ Cameron S. Matheson*
_____
Cameron Matheson

## CERTIFICATE OF SERVICE

On this 28th day of July 2023, I hereby certify that I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification and service to all counsel of record.

/s/ Jonathan D. Bletzacker