Jonathan D. Bletzacker (12034)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
jbletzacker@parsonsbehle.com
ecf@parsonsbehle.com

Stephen T. Gannon (*Admitted Pro Hac Vice*)
Cameron S. Matheson (*Admitted Pro Hac Vice*)
Nellie Dunderdale (*Admitted Pro Hac Vice*)
David Nordlinger (*Admitted Pro Hac Vice*)
**DAVIS WRIGHT TREMAINE LLP**
4870 Sadler Road, Suite 301
Richmond, Virginia 23060
SteveGannon@dwt.com
CameronMatheson@dwt.com
NellieDunderdale@dwt.com
DavidNordlinger@dwt.com

*Attorneys for Defendants Green United, LLC and Wright W. Thurston and Relief Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GREEN UNITED, LLC, et al.,<br><br>　　　　　　Defendants. | **REQUEST TO SUBMIT FOR ORAL ARGUMENT REGARDING:**<br><br>**DEFENDANTS GREEN UNITED, LLC, WRIGHT W. THURSTON, AND RELIEF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Case No. 2:23-cv-00159-BSJ<br><br>Judge Bruce S. Jenkins |

Defendants Green United, LLC ("Green United") and Wright W. Thurston ("Thurston") and Relief Defendants True North United Investments, LLC ("True North") and Block Brothers,

4862-0172-4531.v1

LLC ("Block Brothers") (collectively, the "Relief Defendants"), through counsel of record, pursuant Federal Rule of Civil Procedure 7 and Local Rule DUCivR 7-3(b), hereby submit for decision their Motion to Dismiss Plaintiff Securities and Exchange Commission's ("SEC") Complaint.  The following documents have been filed with the court:

1. Defendants Green United, Thurston and Relief Defendants filed their Motion to Dismiss and Memorandum in Support, including affidavit in support, on May 19, 2023 [Dkt. 23];

2. An Amicus Curiae brief in support of Defendants' Motion to Dismiss was filed on June 6, 2023 [Dkt. 36];

3. Defendants Green United, Thurston and Relief Defendants filed a Notice of Supplemental Authority relating to their Motion to Dismiss on June 15, 2023 [Dkt. 37];

4. The SEC filed its Memorandum in Opposition to Defendants Green United, Thurston and Relief Defendants' Motion to Dismiss on June 30, 2023 [Dkt. 38];

5. Defendants Green United, Thurston and Relief Defendants filed their Reply Memorandum in Support of their Motion to Dismiss, including affidavit in support, on July 28, 2023 [Dkt.43, Dkt. 44].

6. The SEC did not file an opposition or response to the Amicus Curiae brief or the Notice of Supplemental Authority.

7. Defendants Green United, Thurston and Relief Defendants have requested oral argument.

DATED this 28th day of July 2023.

        **PARSONS BEHLE AND LATIMER**

        /s/ *Jonathan D. Bletzacker*
        Jonathan D. Bletzacker

        **DAVIS WRIGHT TREMAINE, LLP**

        /s/ *Stephen T. Gannon*
        Stephen T. Gannon
        Cameron S. Matheson
        Nellie Dunderdale
        David Nordlinger

        *Attorneys for Defendants Green United, LLC, and Wright W. Thurston and Relief Defendants True North United Investment, LLC and Block Brothers, LLC*

## CERTIFICATE OF SERVICE

On this 28th day of July 2023, I hereby certify that I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification and service to all counsel of record.

/s/ Jonathan D. Bletzacker

4862-0172-4531.v1