# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| Securities and Exchange Commission <br><br> **Plaintiff(s),** <br><br> vs. <br><br> Green United, et al <br><br> **Defendant(s).** | Case No. 2:23CV00159 |

## TRANSCRIPT PURCHASE NOTICE

Notice is hereby given that the undersigned court reporter has received payment from or payment arrangements have been made by:

☒ Attorney: Jonathan Bletzacker, Steve Gannon

☐ Party: Click here to enter text.

for the following transcript(s):

| Hearing Date | Type of Hearing Held |
|---|---|
| September 8, 2023 | Click here to enter text. |
| | |
| | |
| | |
| | |

**DOCKET CLERK:**
Please modify the above transcript(s) entry/document to allow this attorney/party to have access to the transcript(s) via PACER.

Date: September 14, 2023

Laura Robinson
Court Reporter