*Prepared by:*

Michael E. Welsh (Massachusetts Bar No. 693537)
welshmi@sec.gov
Casey R. Fronk (Illinois Bar No. 6296535)
fronckc@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel: (801) 524-5796

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>GREEN UNITED, LLC, a Utah limited liability company; WRIGHT W. THURSTON, an individual; and KRISTOFFER A. KROHN, an individual,<br><br>　　　　　　　Defendants,<br><br>TRUE NORTH UNITED INVESTMENTS, LLC, a Utah limited liability company; and BLOCK BROTHERS, LLC, a Utah limited liability company;<br><br>　　　　　　　Relief Defendants. | **ORDER GRANTING:**<br><br>**STIPULATED MOTION TO EXTEND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' SUPPLEMENTAL BREIFING [DKT. NOS. 57, 58]**<br><br>Case No. 2:23-cv-00159-BSJ<br><br>Judge Bruce S. Jenkins |

Pursuant to the Stipulated Motion to Extend the Time for Plaintiff Securities and Exchange Commission ("SEC") to Respond to Defendants' Supplemental Memorandums in Support of their Motions to Dismiss the Complaint, it is HEREBY ORDERED that the SEC is

1

granted an extension to respond to the Defendants' Supplemental Memorandums by Friday, October 27, 2023.

DATED this _2nd_ day of October, 2023.

BY THE COURT:

_____
Bruce S. Jenkins
United States Judge

*Approved as to form*:

**PARSONS BEHLE & LATIMER**

/s/ *Jonathan D. Bletzacker*
Jonathan D. Bletzacker
*Attorneys for Defendants Green United, LLC and Wright W. Thurston, and Relief Defendants*

**FOLEY & LARDNER LLP**

/s/ *David J. Jordan*
David J. Jordan
*Attorneys for Defendant Kristoffer A. Krohn*

## CERTIFICATE OF SERVICE

On this 29th day of September 2023, I hereby certify that I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification and service to all counsel of record.

/s/ *Michael E. Welsh*