Michael E. Welsh (Massachusetts Bar No. 693537)
welshmi@sec.gov
Casey R. Fronk (Illinois Bar No. 6296535)
fronckc@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel: (801) 524-5796

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREEN UNITED, LLC, a Utah limited liability company; WRIGHT W. THURSTON, an individual; and KRISTOFFER A. KROHN, an individual;<br><br>Defendants,<br><br>TRUE NORTH UNITED INVESTMENTS, LLC, a Utah limited liability; and BLOCK BROTHERS, LLC, a Utah limited liability company;<br><br>Relief Defendants. | Case No.: 2:23-CV-00159-BSJ<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Judge Bruce S. Jenkins |

Pursuant to DUCivR 83-1.1(b) and 83-1.3(a), notice is given that Troy Flake (California Bar No. 267523) enters his appearance as counsel for the Plaintiff, Securities and Exchange Commission. Mr. Flake's contact information is listed below. Mr. Flake is aware of and will

comply with all pending deadlines in this matter.

Dated: October 5, 2023

                                                    Respectfully submitted,

                                                    **SECURITIES AND EXCHANGE COMMISSION**

                                                    */s/ Troy Flake*
                                                    Troy Flake
                                                    FlakeT@sec.gov
                                                    Attorney for Plaintiff
                                                    Securities and Exchange Commission
                                                    351 South West Temple, Suite 6.100
                                                    Salt Lake City, Utah 84101
                                                    Tel.  801-524-3408

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of October 2023, I caused the foregoing **NOTICE OF APPEARANCE OF COUNSEL** to be served to all parties entitled to service through the Court's ECF system.

*/s/ Troy Flake*
Troy Flake