# EXHIBIT A

```
                IN THE UNITED STATES DISTRICT COURT

                      FOR THE DISTRICT OF UTAH

                          CENTRAL DIVISION


In re:                        )
                              )
SECURITIES AND EXCHANGE       )
COMMISSION,                   )
                              )
        Plaintiff,            )
                              )
vs.                           )   Case No. 2:23-CV-00159
                              )
GREEN UNITED, LLC a Utah      )
limited liability             )
company, et al,               )
                              )
        Defendants.           )
                              )
_____)




              BEFORE THE HONORABLE BRUCE S. JENKINS

                       September 8, 2023


          Motion to Dismiss for Failure to State a Claim
```

1

**Appearances of Counsel:**

| | |
|---|---|
| For the Plaintiff: | Michael Edward Welsh |
| | Casey Fronk |
| | Attorneys at Law |
| | Securities & Exchange Commission |
| | 351 S. West Temple |
| | Suite 6.10 |
| | Salt Lake City, Utah 84101 |
| | |
| For Green United LLC: | Steve Ganon |
| | Attorney at Law |
| | Davis Wright Tremaine LLP |
| | 4870 Sadler Road |
| | Suite 301 |
| | Glen ALlen, Virginia  23060 |
| | |
| | Cameron S. Matheson |
| | Attorney at Law |
| | Leclair Ryan (VA) |
| | Riverfront Plaza E Tower |
| | 951 E Byrd Street |
| | Richmond, Virginia 23219 |
| | |
| For Kristoffer Krohn: | Thomas J. Krysa |
| | Stephanie Adamo |
| | Attorneys at Law |
| | Foley & Lardner LLP |
| | 1400 16th Street |
| | Suite 200 |
| | Denver, Colorado 80202 |

Court Reporter:

Laura W. Robinson, RPR, FCRR, CSR, CP
351 South West Temple
8.430 U.S. Courthouse
Salt Lake City, Utah 84101
(801)201-9731

2

|    |    |
|---|---|
| 1 | THE COURT: Anybody else? |
| 2 | MR. WELSH: Your Honor, very, very briefly. And |
| 3 | I appreciate it. Just to respond quickly to those comments. |
| 4 | First, for *McGill,* and that statement within it, |
| 5 | I encourage the court to read the aspect of the portion of |
| 6 | the patents where that comes from and which is explaining in |
| 7 | dicta what the standard is in rejecting those and looking at |
| 8 | economic reality of the transaction. |
| 9 | Every -- the only cases that they -- that |
| 10 | opposing counsel can point to in which an investment |
| 11 | contract was dismissed at a pleading stage is for commercial |
| 12 | loans. Across the board in all other cases and all types of |
| 13 | other schemes from the District of Utah, District of |
| 14 | Colorado throughout the Tenth Circuit have read that to mean |
| 15 | that economic reality of the transaction. That is what |
| 16 | matters here. With that, I will rest, Your Honor. |
| 17 | THE COURT: In reference to Mr. Thurston, counsel |
| 18 | has somewhat clarified the nature of the fraud action |
| 19 | against Mr. Thurston. I think the rule requires to be, in |
| 20 | reference to Mr. Thurston, to be explicit. If you're |
| 21 | relying upon some other form of fraud, you in turn need to |
| 22 | be explicit. |
| 23 | I'll grant the motion to dismiss, with leave to |
| 24 | amend, Mr. Thurston's, that is, the SEC's claim against |
| 25 | Mr. Thurston in reference to fraud, but just in reference to |

|    |    |
|----|----|
| 1  | fraud.  Whether it's stated expressly or indirectly, that |
| 2  | needs to be clarified with some degree of care. |
| 3  | As to the remaining motions, I'm going to reserve |
| 4  | on those.  It's an interesting case, but I'm going to place |
| 12:00:05  5  | a burden on counsel.  I want both the moving parties, in a |
| 6  | couple of weeks, to file with the court their explanation of |
| 7  | what a Green Box is, and their explanation of what's being |
| 8  | sold including not just the machinery, but if something else |
| 9  | is being sold, I want you to tell me what it is.  And if |
| 12:00:50  10 | there are separate -- is there are separate software, |
| 11 | explain to me what software that you're talking about and |
| 12 | give me an example. |
| 13 | And I'll place that burden initially on the |
| 14 | defendants.  If you can get that done in a couple of weeks |
| 12:01:25  15 | and then I'm interested in the United States telling me what |
| 16 | was sold.  Describe for me what the Green Box sale embraced |
| 17 | and whether it did anything other than the machine.  And if |
| 18 | so, tell me explicitly what it is and tell me their version |
| 19 | of what their software is and what I get, if I'm a |
| 12:02:06  20 | purchaser, when I buy from the defendant what it is that I |
| 21 | get. |
| 22 | And if defendants will respond -- if the |
| 23 | defendants would get to me -- get the material to me by not |
| 24 | later than the 25th of September, and let's have the United |
| 12:02:53  25 | States respond by Friday the 13th of October I would |

78

```
           1     appreciate that.  And if it is the kind of thing where we

           2     need to set it down, we will in the regular course.  But I'm

           3     eager to be educated in the -- in the esoteric area that

           4     people are talking about.  I'm going to try to make it as

12:03:32   5     simple and as direct and as understandable as possible.

           6              So good luck.  I'll reserve on the matter until I

           7     get those and we'll take a look.

           8              MR. GANNON:  Your Honor --

           9              THE COURT:  Appreciate your help.  Thank you very

12:03:50  10     much.

          11              MR. GANNON:  Thank you, Your Honor.

          12              THE COURT:  You may be excused unless there is

          13     anything else to worry about.

          14              MR. GANNON:  No, sir.

12:03:57  15              THE COURT:  You may be excused.  I was going to

          16     ask counsel for the moving party, where I have granted the

          17     fraud motion, if you will prepare and submit a suggested

          18     form of order within 10 days.

          19              MR. GANNON:  Yes, Your Honor, we will.

12:04:17  20              THE COURT:  I would appreciate that.  Run it by

          21     counsel.

          22              (Court adjourned at 12:04 p.m.)

          23

          24

          25
```

```
 1                    REPORTER'S CERTIFICATE

 2

 3            I, Laura W. Robinson, Certified Shorthand

 4    Reporter, Registered Professional Reporter and Notary Public

 5    within and for the County of Salt Lake, State of Utah, do

 6    hereby certify:

 7            That the foregoing proceedings were taken before

 8    me at the time and place set forth herein and were taken

 9    down by me in shorthand and thereafter transcribed into

10    typewriting under my direction and supervision;

11            That the foregoing pages contain a true and

12    correct transcription of my said shorthand notes so taken.

13            In witness whereof I have subscribed my name

14    this 12th day of September, 2023.

15

16                         _Laura W. Robinson_____

17                         Laura W. Robinson

18                         RPR, FCRR, CSR, CP

19

20

21

22

23

24

25
```

80