Jonathan D. Bletzacker (12034)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
jbletzacker@parsonsbehle.com
ecf@parsonsbehle.com

Stephen T. Gannon (*Admitted Pro Hac Vice*)
Cameron S. Matheson (*Admitted Pro Hac Vice*)
Nellie Dunderdale (*Admitted Pro Hac Vice*)
David Nordlinger (*Admitted Pro Hac Vice*)
**DAVIS WRIGHT TREMAINE LLP**
4870 Sadler Road, Suite 301
Richmond, Virginia 23060
SteveGannon@dwt.com
CameronMatheson@dwt.com
NellieDunderdale@dwt.com
DavidNordlinger@dwt.com

*Attorneys for Defendants Green United, LLC, and Wright W. Thurston*
*And Relief Defendants True North United Investment, LLC and Block Brothers, LLC*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GREEN UNITED, LLC, et al.,<br><br>　　　　　Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Case No. 2:23-cv-00159-HCN<br><br>Judge Howard C. Nielson, Jr. |

1

4893-6138-4601.v1

Pursuant to Local Rule 83-1.4(b), Stephen Gannon of Davis Wright Tremaine LLP, hereby gives notice of his withdrawal as counsel for Defendants Green United, LLC and Wright Thurston, and Relief Defendants True North United Investments, LLC and Block Brothers, LLC. The Defendants and Relief Defendants continue to be represented by counsel, Jonathan D. Bletzacker of Parsons Behle & Latimer, who is aware of the pending deadlines and trial dates.

DATED: December 26, 2023.

/s/ *Jonathan D. Bletzacker*
Jonathan D. Bletzacker
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 180
Salt Lake City, Utah 84111

Stephen T. Gannon (*Admitted Pro Hac Vice*)
Cameron S. Matheson (*Admitted Pro Hac Vice*)
Nellie Dunderdale (*Admitted Pro Hac Vice*)
David Nordlinger (*Admitted Pro Hac Vice*)
**DAVIS WRIGHT TREMAINE LLP**
4870 Sadler Road, Suite 301
Richmond, Virginia 23060

4893-6138-4601.v1

## CERTIFICATE OF SERVICE

On this 26th day of December 2023, I hereby certify that I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification and service to all counsel of record.

/s/ Jonathan D. Bletzacker

4893-6138-4601.v1