Troy Flake (California Bar No. 267523)
flaket@sec.gov
Casey R. Fronk (Illinois Bar No. 6296535)
fronckc@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel: (801) 524-5796

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br>v.<br><br>GREEN UNITED, LLC, a Utah limited liability company; WRIGHT W. THURSTON, an individual; and KRISTOFFER A. KROHN, an individual,<br><br>              Defendants,<br><br>TRUE NORTH UNITED INVESTMENTS, LLC, a Utah limited liability company; and BLOCK BROTHERS, LLC, a Utah limited liability company;<br><br>              Relief Defendants. | **STATUS REPORT**<br><br>Case No. 2:23-cv-00159-HCN-CMR<br><br>Judge Howard C. Nielson<br>Magistrate Judge Cecilia M. Romero |

On December 22, 2023, Plaintiff Securities and Exchange Commission ("SEC") filed a status report informing the Court that it planned to file a motion for leave to amend its complaint. Dkt. 66. The SEC noted that it would file the motion by January 19, 2024. *Id*. On December 28, 2023, the Court issued a minute order directing the SEC to "promptly file" its motion for leave to amend. Dkt. 72.

1

The SEC hereby notifies the Court that it will file its motion for leave to amend by January 24, 2024. The SEC has informed opposing counsel and they do not object to the amended complaint being filed by January 24, 2024.

Dated: January 16, 2024.

                                    **SECURITIES AND EXCHANGE COMMISSION**

                                    /s/ *Troy Flake*
                                    Troy Flake
                                    Casey R. Fronk
                                    *Attorneys for Plaintiff Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

On this 16th day of January, 2024, I hereby certify that I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification and service to all counsel of record.

/s/ *Troy K. Flake*