Jonathan D. Bletzacker (12034)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
jbletzacker@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Defendants Green United, LLC and Wright W. Thurston and Relief Defendants*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                     Plaintiff,<br>v.<br><br>GREEN UNITED, LLC, et al.,<br><br>                     Defendants. | **DEFENDANTS' JOINT MOTION FOR AN EXTENSION TO FILE A RESPONSE TO THE SEC'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>Case No. 2:23-cv-00159-HCN-CMR<br><br>Judge Howard C. Nielson<br>Magistrate Judge Cecilia M. Romero |

Pursuant to DUCivR 7-1(a)(2)(A), Defendant Green United, LLC, Defendant Wright W. Thurston, and the Relief Defendants True North United Investments, LLC and Block Brothers, LLC, with Defendant Kristoffer A. Krohn (collectively, the "Defendants"), through counsel of record, jointly request that they be granted an extension to respond to the Plaintiff Securities and Exchange Commission's ("SEC") Motion for Leave to File Amended Complaint [Dkt. 75] (the "Motion"). The SEC filed their Motion on January 24, 2024. The response to the Motion is due by February 7, 2024. The Defendants in this matter jointly request an extension to file a response to the SEC's Motion by **Tuesday, February 13, 2024**, a 6-day extension. The

4871-7139-6001.v1

extension is necessary to assess the Motion and proposed Amended Complaint in light of the current posture of the case. Counsel for the Defendants have communicated this request with the SEC and the SEC has graciously stated that it does not oppose Defendants' joint request. A proposed Order allowing Defendants to file their response to the SEC's Motion by **Tuesday February 13, 2024**, is filed concurrently herewith.

DATED this 30th day of January 2024.

**PARSONS BEHLE AND LATIMER**

/s/ *Jonathan D. Bletzacker*
Jonathan D. Bletzacker

*Attorneys for Defendants Green United, LLC, and Wright W. Thurston and Relief Defendants True North United Investment, LLC and Block Brothers, LLC*

DATED this 30th day of January 2024.

**FOLEY & LARDNER LLP**

/s/ *Thomas J. Krysa*
Thomas J. Krysa
*(signed by filing attorney with permission)*

*Attorneys for Defendant Kristoffer Krohn*

**CERTIFICATE OF SERVICE**

On this 30th day of January 2024, I hereby certify that I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification and service to all counsel of record.

/s/ Jonathan D. Bletzacker