*Prepared by:*

Jonathan D. Bletzacker (12034)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
jbletzacker@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Defendants Green United, LLC and Wright W. Thurston and Relief Defendants*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br>v.<br><br>GREEN UNITED, LLC, et al.,<br><br>              Defendants. | **[PROPOSED] ORDER GRANTING:**<br><br>**DEFENDANTS' JOINT MOTION FOR AN EXTENSION TO FILE A RESPONSE TO THE SEC'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>Case No. 2:23-cv-00159-HCN-CMR<br><br>Judge Howard C. Nielson<br>Magistrate Judge Cecilia M. Romero |

Based on the Joint Motion filed by Defendant Green United, LLC, Defendant Wright W. Thurston, Relief Defendants True North United Investments, LLC and Block Brothers, LLC, and Defendant Kristoffer Krohn (collectively, the "Defendants"), for an extension to file a response to the Plaintiff Securities and Exchange Commission's ("SEC") Motion for Leave to File Amended Complaint [Dkt. 75], and for good cause appearing, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and Defendants may file a response to the SEC's Motion for Leave to File Amended Complaint by **February 13, 2024**.

1

DATED this _____ day of _____ 2024.

**BY THE COURT:**

_____
Magistrate Judge Cecilia M. Romero

**Approved as to Form:**

/s/ *Thomas J. Krysa*
Thomas J. Krysa

*Attorneys for Defendant Kristoffer Krohn*

**CERTIFICATE OF SERVICE**

On this 30th day of January 2024, I hereby certify that I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification and service to all counsel of record.

/s/ Jonathan D. Bletzacker