IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>GREEN UNITED, LLC, et al.,<br><br>Defendants. | ORDER GRANTING DEFENDANTS' JOINT MOTION FOR AN EXTENSION TO FILE A RESPONSE TO THE SEC'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT<br><br>Case No. 2:23-cv-00159-HCN-CMR<br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Cecilia M. Romero |

Having considered the Joint Motion for Extension of Time (Motion) (ECF 76) for Defendants to file a response to Plaintiff's Motion for Leave to File Amended Complaint (ECF 75), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that Defendants may file a response by **February 13, 2024**.

DATED this 31 January 2024.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah