IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br>v.<br><br>GREEN UNITED, et al.,<br><br>  Defendants. | ORDER GRANTING PLAINTIFFS' [75] MOTION FOR LEAVE TO FILE AMENDED COMPLAINT<br><br>Case No. 2:23-cv-00159-HCN-CMR<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

Before the court is Plaintiff's Motion to Amend the Complaint (Motion) (ECF 75). The Motion is unopposed (ECF 78). The court finds that granting the proposed amendment would be in the interests of justice and would not cause undue delay or prejudice. Accordingly, the court hereby GRANTS the Motion and ORDERS Plaintiff to file the Amended Complaint within seven (7) days.

IT IS SO ORDERED.

DATED this 14 February 2024.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah