Jonathan D. Bletzacker (12034)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
jbletzacker@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Defendants Green United, LLC and Wright W. Thurston and Relief Defendants*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>GREEN UNITED, LLC, et al.,<br><br>Defendants. | **STIPULATED REQUEST TO SET SCHEDULING ORDER ON DEFENDANTS' MOTIONS TO DISMISS**<br><br>Case No. 2:23-cv-00159-HCN-CMR<br><br>Judge Howard C. Nielson<br>Magistrate Judge Cecilia M. Romero |

Pursuant to DUCivR 7-1(a)(2)(A), Defendant Green United, LLC, Defendant Wright W. Thurston, and the Relief Defendants True North United Investments, LLC and Block Brothers, LLC, with Defendant Kristoffer A. Krohn (collectively, the "Defendants"), and Plaintiff Securities and Exchange Commission ("SEC"), through counsel of record, jointly stipulate and request that the Court enter the proposed scheduling order on Defendants' Motions to Dismiss.

The SEC filed its Amended Complaint [Dkt. 80] on February 21, 2024. Counsel for the Defendants and SEC have met and conferred regarding Defendants' intentions to file Motions to Dismiss the Amended Complaint and have agreed to the proposed schedule below regarding

submission of briefs.  The schedule is necessary and based on the needs of the case and the schedules of counsel in managing the case.

Based on the foregoing, the Parties hereby stipulate, agree and ask the Court to approve the following schedule.

1. Defendants shall file their Motions to Dismiss by **Wednesday, March 20, 2024**.

2. The SEC shall file its Memorandum in Opposition by **Wednesday, April 24, 2024**.

3. Defendants shall file their Reply Memoranda by **Wednesday, May 15, 2024**.

A proposed Order granting this Stipulated Request is filed concurrently herewith.

DATED this 27th day of February 2024.

**PARSONS BEHLE & LATIMER**

/s/ *Jonathan D. Bletzacker*
Jonathan D. Bletzacker

*Attorneys for Defendants Green United, LLC, and Wright W. Thurston and Relief Defendants True North United Investment, LLC and Block Brothers, LLC*

DATED this 27th day of February 2024.

**FOLEY & LARDNER LLP**

/s/ *Thomas J. Krysa*
Thomas J. Krysa
*Electronically signed with permission*

*Attorneys for Defendant Kristoffer Krohn*

DATED this 27th day of February 2024.

          **SECURITIES AND EXCHANGE COMMISSION**

          /s/ *Casey R. Fronk*
          Michael E. Welsh
          Casey R. Fronk
          Tory Flake
          *Electronically signed with permission*

          *Attorneys for Plaintiff Securities and Exchange Commission*

**CERTIFICATE OF SERVICE**

On this 27th day of February 2024, I hereby certify that I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification and service to all counsel of record.

/s/ Jonathan D. Bletzacker