*Prepared by:*

Jonathan D. Bletzacker (12034)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
jbletzacker@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Defendants Green United, LLC and Wright W. Thurston and Relief Defendants*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br>　v.<br><br>GREEN UNITED, LLC, et al.,<br><br>　　　　　Defendants. | **[PROPOSED] ORDER GRANTING:**<br><br>**STIPULATED REQUEST TO SET SCHEDULING ORDER ON DEFENDANTS' MOTIONS TO DISMISS**<br><br>Case No. 2:23-cv-00159-HCN-CMR<br><br>Judge Howard C. Nielson<br>Magistrate Judge Cecilia M. Romero |

Based on the Stipulated Request filed by Defendant Green United, LLC, Defendant Wright W. Thurston, Relief Defendants True North United Investments, LLC and Block Brothers, LLC, and Defendant Kristoffer Krohn (collectively, the "Defendants"), and Plaintiff Securities and Exchange Commission ("SEC"), requesting a scheduling order for briefing on Defendants' Motions to Dismiss, and for good cause appearing, **IT IS HEREBY ORDERED** that the Stipulated Request is **GRANTED** and the following schedule is entered:

1

1. Defendants shall file their Motions to Dismiss by **Wednesday, March 20, 2024**.

2. The SEC shall file its Memorandum in Opposition by **Wednesday, April 24, 2024**.

3. Defendants shall file their Reply Memoranda by **Wednesday, May 15, 2024**.

DATED this _____ day of _____ 2024.

**BY THE COURT:**

_____
Magistrate Judge Cecilia M. Romero

**Approved as to Form:**

/s/ *Thomas J. Krysa*
Thomas J. Krysa
*Electronically signed with permission*

*Attorneys for Defendant Kristoffer Krohn*


/s/ *Casey R. Fronk*
Michael E. Welsh
Casey R. Fronk
Tory Flake
*Electronically signed with permission*

*Attorneys for Plaintiff Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

On this 27th day of February 2024, I hereby certify that I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification and service to all counsel of record.

/s/ Jonathan D. Bletzacker