# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREEN UNITED, LLC, et al.,<br><br>Defendants. | **ORDER GRANTING [82] STIPULATED MOTION TO SET BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS**<br><br>Case No. 2:23-cv-00159-HCN-CMR<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the Stipulated Motion for Briefing Schedule (Motion) (ECF 82) on Defendants' Motions to Dismiss, and for good cause appearing, the court hereby GRANTS the Motion and ORDERS the following briefing schedule:

1. Defendants shall file their Motions to Dismiss by **Wednesday, March 20, 2024**.

2. The SEC shall file its Memorandum in Opposition by **Wednesday, April 24, 2024**.

3. Defendants shall file their Reply Memoranda by **Wednesday, May 15, 2024**.

DATED this 28 February 2024.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah