Jonathan D. Bletzacker (12034)
Adam Ott (17093)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
jbletzacker@parsonsbehle.com
aott@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Defendants Green United, LLC, and Wright W. Thurston*
*And Relief Defendants True North United Investment, LLC and Block Brothers, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREEN UNITED, LLC, et al.,<br><br>Defendants. | **NOTICE OF APPEARANCE OF COUNSEL FOR: DEFENDANTS GREEN UNITED, LLC AND WRIGHT W. THURSTON AND RELIEF DEFENDANTS TRUE NORTH UNITED INVESTMENTS, LLC AND BLOCK BROTHERS, LLC**<br><br>Case No. 2:23-cv-00159-HCN-CMR<br><br>Judge Howard C. Nielson<br><br>Magistrate Judge Cecilia M. Romero |

PLEASE TAKE NOTICE that Adam Ott of Parsons Behle & Latimer hereby enters his appearance as counsel on behalf of Defendants Green United, LLC and Wright W. Thurston, and Relief Defendants True North United Investment, LLC and Block Brothers, LLC in the above captioned matter and requests that he be copied of all future pleadings filed and notices sent in this matter as follows:

1

Adam Ott (17093)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801-536-1234
Facsimile: 801-536-6111
aott@parsonsbehle.com
ECF@parsonsbehle.com

DATED this 1st day of March, 2024.

**PARSONS BEHLE AND LATIMER**

/s/ *Adam Ott*
Adam Ott

*Attorneys for Defendants Green United, LLC, and Wright W. Thurston and Relief Defendants True North United Investment, LLC and Block Brothers, LLC*

## CERTIFICATE OF SERVICE

On this 1st day of March 2024, I hereby certify that I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification and service to all counsel of record.

/s/ Jonathan D. Bletzacker