IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br>v.<br><br>GREEN UNITED, LLC, et al.,<br><br>    Defendants. | ORDER GRANTING [85] MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM<br><br>Case No. 2:23-cv-00159-HCN-CMR<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

Having considered Defendants Green United, LLC and Wright W. Thurston and Relief Defendants True North United Investments, LLC and Block Brothers, LLC's Motion for Leave to File an Overlength Memorandum (Motion) (ECF 85) in support of their Motion to Dismiss Plaintiff's Amended Complaint (ECF 80), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that and the Memorandum in Support may include up to 9 additional pages, or 34 pages in total.

IT IS SO ORDERED.

DATED this 19 March 2024.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah