Michael E. Welsh (Massachusetts Bar No. 693537)
welshmi@sec.gov
Casey R. Fronk (Illinois Bar No. 6296535)
fronckc@sec.gov
Troy Flake (California Bar No. 267523)
flaket@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel: (801) 524-5796

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>GREEN UNITED, LLC, a Utah limited liability company; WRIGHT W. THURSTON, an individual; and KRISTOFFER A. KROHN, an individual;<br><br>    Defendants,<br><br>TRUE NORTH UNITED INVESTMENTS, LLC, a Utah limited liability; and BLOCK BROTHERS, LLC, a Utah limited liability company;<br><br>    Relief Defendants. | Case No.: 2:23-CV-00159-HCN-CMR<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Judge Howard C. Nielson, Jr<br>Magistrate Judge Cecilia M. Romero |

    Pursuant to DUCivR 83-1.1(b) and 83-1.3(a), notice is given that James P. McDonald (New York Bar No. 4823910) enters his appearance as counsel for the Plaintiff, Securities and

Exchange Commission. Mr. McDonald's contact information is listed below. Mr. McDonald is aware of and will comply with all pending deadlines in this matter.

Dated: March 20, 2024

                                      Respectfully submitted,

                                      **SECURITIES AND EXCHANGE COMMISSION**

                                      */s/ James P. McDonald*
                                      James P. McDonald
                                      McDonaldJa@sec.gov
                                      Attorney for Plaintiff
                                      Securities and Exchange Commission
                                      Denver Regional Office
                                      Byron G. Rogers Federal Building
                                      1961 Stout Street, Suite 1700
                                      Denver, CO 80294
                                      Office: (303) 844-1059

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March 2024, I caused the foregoing **NOTICE OF APPEARANCE OF COUNSEL** to be served to all parties entitled to service through the Court's ECF system.

*/s/ James P. McDonald*
James P. McDonald
