IN THE UNITED STATED DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

---

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

vs.

GREEN UNITED, LLC, et al.,

        Defendants.

Case No. 2:23-cv-00159

---

## DECLARATION OF MARCUS PATTERSON

I, Marcus Patterson, hereby affirm the following to be true, under penalty of perjury:

1. I am the Manager of Green United, LLC. I declare the facts contained herein are of my own personal knowledge and based upon my review of Green United, LLC's business records.

2. Attached as Exhibit A is a true and correct copy of the terms and conditions agreed upon by all people who purchased Green Boxes or Green Nodes from Green United, LLC prior to May 30, 2019.

3. Attached as Exhibit B is a true and correct representative example of the terms and conditions agreed upon by all people who purchased Green Boxes or Green Nodes from Green United, LLC on or after May 30, 2019. Exhibit B was

electronically signed by a specific purchaser. The substance of the terms and conditions was identical for all purchasers on or after May 30, 2019.

Dated: May 17, 2023
       Lehi, UT

_____
Marcus Patterson