James P. McDonald (New York Bar No. 4823910)
McDonaldJa@sec.gov
Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Suite 1700
Denver, CO 80294
Tel.: 303-844-1059

Michael E. Welsh (Massachusetts Bar No. 693537)
welshmi@sec.gov
Casey R. Fronk (Illinois Bar No. 6296535)
fronckc@sec.gov
Troy Flake (California Bar No. 267523)
flaket@sec.gov
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel:  (801) 524-5796

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>GREEN UNITED, LLC, a Utah limited liability company; WRIGHT W. THURSTON, an individual; and KRISTOFFER A. KROHN, an individual;<br><br>  Defendants,<br><br>TRUE NORTH UNITED INVESTMENTS, LLC, a Utah limited liability; and BLOCK BROTHERS, LLC, a Utah limited liability company;<br><br>  Relief Defendants. | Case No.: 2:23-CV-00159-HCN-CMR<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL MICHAEL WELSH**<br><br>Judge Howard C. Nielson, Jr<br>Magistrate Judge Cecilia M. Romero |

Pursuant to DUCivR 83-1.4(b), notice is hereby given that Michael E. Welsh (Massachusetts Bar No. 693537) withdraws as counsel for Plaintiff, Securities and Exchange Commission. Mr. Welsh is no longer employed by the Securities and Exchange Commission and has provided his permission to Plaintiff to file this withdrawal. Plaintiff continues to be represented by attorneys who have appeared under DUCivR 83-1.3; and the continuing attorneys are aware of and will comply with all pending deadlines in this matter.

Dated: April 18, 2024

Respectfully submitted,

**SECURITIES AND EXCHANGE COMMISSION**

/s/ Michael E. Welsh
(Signed by James P. McDonald with permission of Michael E. Welsh)

/s/ James P. McDonald
James P. McDonald
McDonaldJa@sec.gov
Attorney for Plaintiff
Securities and Exchange Commission
Denver Regional Office
Byron G. Rogers Federal Building
1961 Stout Street, Suite 1700
Denver, CO 80294
Office: (303) 844-1059

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April 2024, I caused the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** to be served to all parties entitled to service through the Court's ECF system.

*/s/ James P. McDonald*
James P. McDonald