James P. McDonald (New York Bar No. 4823910)
McDonaldJa@sec.gov
Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Suite 1700
Denver, CO 80294
Tel.: (303) 844-1059

Casey R. Fronk (Illinois Bar No. 6296535)
fronckc@sec.gov
Troy Flake (California Bar No. 267523)
flaket@sec.gov
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel: (801) 524-5796

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>v.<br><br>GREEN UNITED, LLC, et al.,<br><br>            Defendants. | Case No.: 2:23-CV-00159-HCN-CMR<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN OVERLENGTH BRIEF IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Judge Howard C. Nielson, Jr<br>Magistrate Judge Cecilia M. Romero |

      Plaintiff Securities and Exchange Commission respectfully submits this motion under DUCivR 7-1(a)(6)(A) for permission to file an overlength brief of up to 40 pages, exclusive of the cover page, table of contents, table of authorities, and certificate of service, as a consolidated response to the Defendants' two motions to dismiss and memoranda in support (Dkt. Nos. 88, 90). This request seeks up to fifteen additional substantive pages of briefing for Plaintiff's

proposed consolidated response. On March 20, 2024, Defendants Green United, LLC and Wright W. Thurston and Relief Defendants True North United Investments, LLC and Block Brothers, LLC filed a 34-page brief (with the Court's leave) in support of their motion to dismiss the Amended Complaint. Dkt. Nos. 88, 88-1. Separately, Defendant Kristofer Krohn filed a 21-page brief in support of his motion to dismiss. Upon review of the Defendants' motions and briefs, Plaintiff believes that a consolidated response addressing the arguments in both briefs is appropriate and would be beneficial to the Court, but that preparing a brief addressing such arguments of multiple parties and counsel will necessitate exceeding the 25-page limit. DUCivR 7-1(a)(4)(A)(i). Plaintiff submits there is good cause for this request as it will achieve efficiencies for the parties and Court in addressing and evaluating overlapping arguments and avoiding repetition and cross-referencing.

      Plaintiff has consulted with counsel for all Defendants, who have advised they do not oppose this application. Plaintiff has attached a Proposed Order for the Court's review.

Dated: April 18, 2024

Respectfully submitted,

**SECURITIES AND EXCHANGE COMMISSION**

/s/ James P. McDonald
James P. McDonald
McDonaldJa@sec.gov
Attorney for Plaintiff
Securities and Exchange Commission
Denver Regional Office
Byron G. Rogers Federal Building
1961 Stout Street, Suite 1700
Denver, CO 80294
Office: (303) 844-1059

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of April 2024, I caused the foregoing **PLAINTIFF'S MOTION FOR LEAVE TO FILE AN OVERLENGTH BRIEF IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** to be served to all parties entitled to service through the Court's ECF system.

*/s/ James P. McDonald*
James P. McDonald