IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREEN UNITED, LLC, et al.,<br><br>Defendants. | **[PROPOSED ORDER]**<br><br>Case No. 2:23-CV-00159-HCN-CMR<br><br>Howard C. Nielson, Jr.<br>United States District Judge<br><br>Cecilia M. Romero<br>United States Magistrate Judge |

WHEREAS Plaintiff Securities and Exchange Commission has moved under DUCivR 7-1(a)(6)(A) for permission to file an overlength brief of up to 40 pages, exclusive of the cover page, table of contents, table of authorities, and certificate of service, as a consolidated response to the Defendants' two motions to dismiss and memoranda in support (Dkt. Nos. 88, 90), and with good cause having been shown;

IT IS HEREBY ORDERED that Plaintiff may file an overlength response brief of up to 40 pages, exclusive of the cover page, table of contents, table of authorities, and certificate of service in response to the Defendants' motions to dismiss.

**IT IS SO ORDERED.**

DATED this _____th day of April, 2024.

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge