James P. McDonald (New York Bar No. 4823910)
McDonaldJa@sec.gov
Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Suite 1700
Denver, CO 80294
Tel.: 303-844-1059

Casey R. Fronk (Illinois Bar No. 6296535)
fronkc@sec.gov
Troy Flake (California Bar No. 267523)
flaket@sec.gov
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel: (801) 524-5796

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br>v.<br><br>GREEN UNITED, LLC, a Utah limited liability company; WRIGHT W. THURSTON, an individual; and KRISTOFFER A. KROHN, an individual,<br><br>　　　　　　Defendants,<br><br>TRUE NORTH UNITED INVESTMENTS, LLC, a Utah limited liability company; and BLOCK BROTHERS, LLC, a Utah limited liability company;<br><br>　　　　　　Relief Defendants. | Case No.: 2:23-CV-00159-HCN-CMR<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL CASEY R. FRONK**<br><br>Judge Howard C. Nielson, Jr<br>Magistrate Judge Cecilia M. Romero |

Pursuant to DUCivR 83-1.4(b), notice is hereby given that Casey R. Fronk (Illinois Bar No. 6296535) withdraws as counsel for Plaintiff, Securities and Exchange Commission. Plaintiff continues to be represented by attorneys who have appeared under DUCivR 83-1.3; and the continuing attorneys are aware of and will comply with all pending deadlines, hearings, and trial dates.

Dated: April 18, 2024.

*/s/ Casey Fronk*
Casey R. Fronk

Counsel for Plaintiff
Securities and Exchange Commission

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April, 2024, I filed the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL CASEY R. FRONK** via the Court's CM/ECF System, which sent notification to all parties entitled to service through the Court's CM/ECF System.

/s/ *Casey Fronk*
Casey Fronk