IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREEN UNITED, LLC, et al.,<br><br>Defendants. | **ORDER GRANTING [92] MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF**<br><br>Case No. 2:23-CV-00159-HCN-CMR<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

Having considered Plaintiff's unopposed Motion for Leave to File Overlength Brief (Motion) (ECF 92) regarding Plaintiff's response to Defendants' motions to dismiss (ECF 88, 90), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that Plaintiff may file an overlength response brief of up to 40 pages, exclusive of the cover page, table of contents, table of authorities, and certificate of service in response to the Defendants' motions to dismiss.

**IT IS SO ORDERED.**

DATED this 19 April 2024.

_Cecilia M. Romero_
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah