James P. McDonald (New York Bar No. 4823910)
McDonaldJa@sec.gov
Troy Flake (California Bar No. 267523)
flaket@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel: (801) 524-5796

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREEN UNITED, LLC, a Utah limited liability company; WRIGHT W. THURSTON, an individual; and KRISTOFFER A. KROHN, an individual;<br><br>Defendants,<br><br>TRUE NORTH UNITED INVESTMENTS, LLC, a Utah limited liability; and BLOCK BROTHERS, LLC, a Utah limited liability company;<br><br>Relief Defendants. | Case No.: 2:23-CV-00159-HCN-CMR<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Judge Howard C. Nielson, Jr<br>Magistrate Judge Cecilia M. Romero |

Pursuant to DUCivR 83-1.1(b) and 83-1.3(a), notice is given that J. Emmett Murphy (New York Bar No. 4459947) enters his appearance as counsel for the Plaintiff, Securities and

Exchange Commission.  Mr. Murphy's contact information is listed below.  Mr. Murphy is aware of and will comply with all pending deadlines in this matter.

Dated: April 24, 2024

                                          Respectfully submitted,

                                          **SECURITIES AND EXCHANGE COMMISSION**

                                          */s/ J. Emmett Murphy*
                                          J. Emmett Murphy
                                          SECURITIES AND EXCHANGE COMMISSION
                                          100 Pearl Street
                                          New York, NY 10004
                                          (212) 336-0078 (Murphy)
                                          murphyjoh@sec.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of April 2024, I caused the foregoing **NOTICE OF APPEARANCE OF COUNSEL** to be served to all parties entitled to service through the Court's ECF system.

                                      */s/ J. Emmett Murphy*
                                      J. Emmett Murphy