Jonathan D. Bletzacker (12034)
Adam Ott (17093)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
jbletzacker@parsonsbehle.com
aott@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Defendants Green United, LLC*
*and Wright W. Thurston and Relief Defendants*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>GREEN UNITED, LLC, et al.,<br><br>Defendants. | **DEFENDANTS GREEN UNITED, LLC, WRIGHT W. THURSTON, AND RELIEF DEFENDANTS' MOTION FOR LEAVE TO FILE AN OVERLENGTH REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>Case No. 2:23-cv-00159-AMA-CMR<br>Judge Ann Marie McIff Allen<br>Magistrate Judge Cecilia M. Romero |

Defendants Green United, LLC ("Green United") and Wright W. Thurston ("Thurston") and Relief Defendants True North United Investments, LLC ("True North") and Block Brothers, LLC ("Block Brothers") (collectively, the "Defendants"), through counsel of record, pursuant to DUCivR 7-1(a)(6)(A), request that the Court grant leave to submit an overlength Reply Memorandum in Support of their Motion to Dismiss the Amended Complaint filed by Plaintiff Securities and Exchange Commission ("SEC"). As previously stipulated and order by the Court,

Defendants will file their Reply Memorandum in Support of their Motion to Dismiss on Wednesday, May 15, 2024. Defendants request up to an additional 7 pages (17 pages in total), for their Reply Memorandum in Support of their Motion to Dismiss (the "Motion"). Defendants' counsel has met and conferred with counsel for the SEC regarding this request and confirmed that the SEC does not object to Defendants' request for the additional pages.

Defendants have good cause to request an additional 7 pages for their Reply Memorandum. First, Defendants previously filed a Motion to Dismiss the SEC's original Complaint. That Motion was fully briefed, argued, and pending decision or additional argument when the SEC requested to amend its Complaint. Defendants did not oppose the SEC's request to amend its Complaint. The Court previously granted Defendants an additional 7 pages (17 pages in total) for their Reply Memorandum in Support of their original Motion to Dismiss. [Dkt. 47]. It is both fair and equitable to again allow Defendants additional pages of argument to address all the arguments previously submitted to this Court for decision.

Second, the additional pages are necessary because the SEC's Memorandum in Opposition consists of 40 pages in total (granted by the Court, Dkt. 94) which is 15 pages longer than its previous Opposition and includes many additional cases that were not discussed in the previous set of briefs. Accordingly, Defendants require the additional pages to address the cases cited and relied upon by the SEC. The issues and matter before the court includes an analysis of case law spanning decades in the U.S. Supreme Court, the Tenth Circuit, and this District. It is necessary to address these cases to fully apprise the Court of the legal analysis and issue.

Based on the foregoing, Defendants request leave to file an overlength Reply Memorandum in Support of their Motion to Dismiss with an additional 7 pages (17 pages in total). Defendants'

counsel has confirmed that the SEC does not oppose this request. A proposed Order is filed concurrently herewith.

DATED this 9th day of May 2024.

**PARSONS BEHLE AND LATIMER**

/s/ *Jonathan D. Bletzacker*
Jonathan D. Bletzacker
Adam Ott

*Attorneys for Defendants Green United, LLC, and Wright W. Thurston and Relief Defendants True North United Investment, LLC and Block Brothers, LLC*

**CERTIFICATE OF SERVICE**

On this 9th day of May 2024, I hereby certify that I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification and service to all counsel of record.

/s/ Jonathan D. Bletzacker