*Prepared by:*

Jonathan D. Bletzacker (12034)
Adam Ott (17093)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
jbletzacker@parsonsbehle.com
aott@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Defendants Green United, LLC and Wright W. Thurston and Relief Defendants*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br>v.<br><br>GREEN UNITED, LLC, et al.,<br><br>           Defendants. | **[PROPOSED] ORDER GRANTING DEFENDANTS GREEN UNITED, LLC, WRIGHT W. THURSTON, AND RELIEF DEFENDANTS' MOTION FOR LEAVE TO FILE AN OVERLENGTH REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>Case No. 2:23-cv-00159-AMA-CMR<br>Judge Ann Marie McIff Allen<br>Magistrate Judge Cecilia M. Romero |

Based on Defendants Green United, LLC and Wright W. Thurston and Relief Defendants True North United Investments, LLC and Block Brothers, LLC's Motion for Leave to File an Overlength Reply Memorandum in Support of their Motion to Dismiss Plaintiff's Amended Complaint, and for good cause appearing, **IT IS HEREBY ORDERED** that the motion is

1

**GRANTED** and the Reply Memorandum in Support may include up to 7 additional pages, or 17 pages in total.

DATED this \_\_\_\_ day of March 2024.

                                                **BY THE COURT:**

                                                _____
                                                Honorable Ann Marie McIff Allen
                                                District Court Judge

**CERTIFICATE OF SERVICE**

On this 9th day of May 2024, I hereby certify that I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification and service to all counsel of record.

/s/ Jonathan D. Bletzacker