# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>GREEN UNITED, LLC, et al.,<br><br>Defendants. | **ORDER GRANTING DEFENDANTS GREEN UNITED, LLC, WRIGHT W. THURSTON, AND RELIEF DEFENDANTS' [98] MOTION FOR LEAVE TO FILE AN OVERLENGTH REPLY MEMORANDUM**<br><br>Case No. 2:23-cv-00159-AMA-CMR<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Having considered Defendants Green United, LLC and Wright W. Thurston and Relief Defendants True North United Investments, LLC and Block Brothers, LLC's (Defendants) unopposed Motion for Leave to File an Overlength Reply Memorandum (Motion) (ECF 98) in support of their Motion to Dismiss (ECF 88) regarding Plaintiff's Amended Complaint (ECF 80), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that the Reply Memorandum may include up to 7 additional pages, or 17 pages in total.

IT IS SO ORDERED.

DATED this 10 May 2024.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah