Jonathan D. Bletzacker (12034)
Adam Ott (17093)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
jbletzacker@parsonsbehle.com
aott@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Defendants Green United, LLC, and Wright W. Thurston*
*And Relief Defendants True North United Investment, LLC and Block Brothers, LLC*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br>v.<br><br>GREEN UNITED, LLC, et al.,<br><br>     Defendants. | **REQUEST TO SUBMIT FOR DECISION REGARDING:**<br><br>**DEFENDANTS GREEN UNITED, LLC, WRIGHT W. THURSTON, AND RELIEF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>Case No. 2:23-cv-00159-AMA-CMR<br>Judge Ann Marie McIff Allen<br>Magistrate Judge Cecilia M. Romero |

Defendants Green United, LLC ("Green United") and Wright W. Thurston ("Thurston") and Relief Defendants True North United Investments, LLC ("True North") and Block Brothers, LLC ("Block Brothers") (collectively, the "Relief Defendants"), through counsel of record, pursuant Federal Rule of Civil Procedure 7 and Local Rule DUCivR 7-3(b), hereby submit for decision their Motion to Dismiss Plaintiff Securities and Exchange Commission's ("SEC") Amended Complaint [Dkt. 80]. The following documents have been filed with the court:

4855-2116-5503.v1

1. Defendants Green United, Thurston and Relief Defendants filed their Motion to Dismiss and Memorandum in Support, including declaration in support, on March 20, 2024 [Dkt. 88].

2. The SEC filed its Memorandum in Opposition to Defendants Green United, Thurston and Relief Defendants' Motion to Dismiss on April 24, 2024 [Dkt. 96].

3. Defendants Green United, Thurston and Relief Defendants filed their Reply Memorandum in Support of their Motion to Dismiss on May 15, 2024.

4. Defendants Green United, Thurston and Relief Defendants have requested oral argument.

DATED this 15th day of May, 2024.

**PARSONS BEHLE AND LATIMER**

/s/ *Jonathan D. Bletzacker*
Jonathan D. Bletzacker
Adam Ott

*Attorneys for Defendants Green United, LLC, and Wright W. Thurston and Relief Defendants*

## CERTIFICATE OF SERVICE

On this 15th day of May 2024, I hereby certify that I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification and service to all counsel of record.

/s/ Jonathan D. Bletzacker

4855-2116-5503.v1