Jared C. Fields (UT 10115)
**FIELDS LEGAL, PLLC**
9980 S. 300 W., Suite 200
Sandy, UT 84070
(801) 697-3311
jf@fields.legal

*Attorney for Defendants Green
United, LLC and Wright W. Thurston
and Relief Defendants True North
United Investment, LLC and
Block Brothers, LLC*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>GREEN UNITED, LLC, et al.,<br><br>　　　　　　　　　Defendants. | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS GREEN UNITED, LLC AND WRIGHT W. THURSTON, AND RELIEF DEFENDANTS TRUE NORTH UNITED INVESTMENT, LLC AND BLOCK BROTHERS, LLC**<br><br>Case No. 2:23-cv-00159-AMA-CMR<br>Judge Ann Marie McIff Allen<br>Magistrate Judge Cecilia M. Romero |

　　　　Pursuant to Local Rule 83-1.4(a), PLEASE TAKE NOTICE THAT Jared C. Fields of Fields Legal, PLLC, is substituting as counsel of record in the above-entitled actions for Defendants Green United, LLC ("Green United") and Wright W. Thurston ("Thurston") and Relief Defendants True North United Investments, LLC ("True North") and Block Brothers, LLC ("Block Brothers") (collectively, the "Defendants") in place of Jonathan D. Bletzacker and Adam Ott of Parsons Behle & Latimer.  Mr. Fields verifies that he is aware of and will comply with any pending deadlines in this matter.

In connection with this substitution of counsel, it is requested that all further filings and correspondence be directed to Mr. Fields as counsel for Defendants at the address below:

Jared C. Fields
FIELDS LEGAL, PLLC
9980 S. 300 W., Suite 200
Sandy, UT  84070
(801) 697-3311
jf@fields.legal

DATED this 11th day of July, 2024.

**FIELDS LEGAL, PLLC**

/s/ *Jared C. Fields*
Jared C. Fields

*Attorney for Defendants Green United, LLC, and Wright W. Thurston and Relief Defendants*

**PARSONS BEHLE & LATIMER**

/s/ *Jonathan D. Bletzacker*
Jonathan D. Bletzacker
*Electronically signed with permission*

**PARSONS BEHLE & LATIMER**

/s/ *Adam Ott*
Adam Ott
*Electronically signed with permission*

**CERTIFICATE OF SERVICE**

On this 11th day of July 2024, I hereby certify that I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification and service to all counsel of record.

/s/ *Jared C. Fields*