**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, NORTHERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>GREEN UNITED, LLC, a Utah limited liability company; WRIGHT W. THURSTON, an individual; and KRISTOFFER A. KROHN, an individual;<br><br>        Defendants,<br><br>TRUE NORTH UNITED INVESTMENTS, LLC, a Utah limited liability; and BLOCK BROTHERS, LLC, a Utah limited liability company;<br><br>        Relief Defendants. | Case No.: 2:23-CV-00159-AMA-CMR<br><br>**ORDER RE <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME FOR KRISTOPHER KROHN TO FILE ANSWER TO FIRST AMENDED COMPLAINT WITH JURY DEMAND [DKT #80]**<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

The Court, having reviewed Defendant Kristopher Krohn's Unopposed Motion for Extension of Time to File Answer to First Amended Complaint with Jury Demand [Dkt #80] and the court file, hereby:

GRANTS the Motion.

Defendant Krohn is granted a 10-day extension of time through and including October 17, 2024 to file his Answer to Plaintiff's First Amended Complaint [Dkt #80].

Dated this _____ day of October, 2024.

_____
Cecilia M. Romero
United States Magistrate Judge