# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br>v.<br>GREEN UNITED, LLC, et al.,<br>　　　　　　　　Defendants. | **ORDER GRANTING DEFENDANT KRISTOFFER KROHN'S MOTION [ECF 105] FOR EXTENSION OF TIME TO ANSWER**<br><br>Case No. 2:23-cv-00159-AMA-CMR<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Having considered Defendant Kristoffer Krohn's (Defendant) unopposed Motion for Extension of Time (Motion) (ECF 105) to answer Plaintiff's Amended Complaint (ECF 80), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that the deadline for Defendant's Answer to the Amended Complaint is extended to October 17, 2024.

DATED this 8 October 2024.

_____
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah

1