James P. McDonald (New York Bar No. 4823910)
McDonaldJa@sec.gov
J. Emmett Murphy (New York Bar No. 4459947)
MurphyJoh@sec.gov
Attorneys for Plaintiff
U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294
Tel: (303) 844-1059

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREEN UNITED, LLC, a Utah limited liability company; WRIGHT W. THURSTON, an individual; and KRISTOFFER A. KROHN, an individual;<br><br>Defendants,<br><br>TRUE NORTH UNITED INVESTMENTS, LLC, a Utah limited liability; and BLOCK BROTHERS, LLC, a Utah limited liability company;<br><br>Relief Defendants. | Case No.: 2:23-CV-00159-AMA-CMR<br><br>Judge Ann Marie McIff Allen<br>Magistrate Judge Cecilia M. Romero<br><br>**STIPULATED MOTION FOR SCHEDULING ORDER** |

Plaintiff United States Securities and Exchange Commission ("SEC") respectfully submits this Stipulated Motion for Scheduling Order. On October 31, 2024, counsel for all parties held an Attorney Planning Meeting and Fed. R. Civ. P. 26(f)(1) conference, and thereafter further conferred and developed a proposed discovery plan for the above-captioned matter.

The parties' proposals and agreements are set forth in the attached Attorney Planning Meeting Report and Proposed Scheduling Order, which are respectfully submitted for the Court's consideration.

Dated: November 11, 2024

                               /s/ James P. McDonald
                               James P. McDonald
                               J. Emmett Murphy
                               *Attorneys for Plaintiff*
                               *Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

On this November 11, 2024, I hereby certify that I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification and service to all counsel of record.

/s/ *James P. McDonald*