Brennan Moss (10267)
Clifford B. Parkinson (13327)
**PARKINSON BENSON POTTER**
2750 Rasmussen Rd., Suite H-107
Park City, UT  84098
Office: 415-534-7970
brennan@pbp.law
cliff@pbp.law

*Attorneys for Defendants Green United, LLC,
And Wright W. Thurston, and Relief-Defendants
True North United Investments, LLC, and
Block Brothers, LLC.*

**UNITED STATES DISTRICT COURT
DISTRICT OF UTAH**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION;<br><br>Plaintiff,<br><br>v.<br><br>**GREEN UNITED, LLC, a Utah limited liability company; WRIGHT W. THURSTON, an individual; and KRISTOFFER A. KROHN, an individual;**<br><br>Defendants,<br><br>v.<br><br>**TRUE NORTH UNITED INVESTMENTS, LLC, a Utah limited liability company; and BLOCK BROTHERS, LLC, a Utah limited liability company.** | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT GREEN UNITED TO RESPOND TO SHORT FORM MOTION DKT. NO. 131**<br><br><br>Case No. 2:23-CV-00159-AMA-CMR<br><br>**Judge Ann Marie McIff Allen<br>Magistrate Judge Cecilia M. Romero** |

Defendant Green United, LLC ("Green United") and Plaintiff Security and Exchange Commission ("SEC") hereby stipulate to an extension of time for Defendant Green United to respond to the SEC's Short Form Discovery Motion Under DUCivR 37-1(b) (the "Motion"). The current deadline to respond to the Motion is December 24, 2025. Plaintiff and Defendant stipulated to an extending that deadline to January 5, 2026.

A proposed order effectuating this stipulation is attached hereto as Exhibit A.

Dated: December 23, 2025

**PARKINSON BENSON POTTER**

*Clifford B. Parkinson*
Brennan H. Moss
Clifford B. Parkinson
*Attorneys for Defendants Green United, LLC and Wright Thurston, and Relief Defendants True North United Investments, LLC, and Block Brothers, LLC*

**SECURITIES & EXCHANGE COMMISSION**

*J. Emmett Murphy* (with permission)
James McDonald
J. Emmett Murphy
*Attorneys for Plaintiff Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I, Clifford Parkinson, caused the foregoing **Stipulation for Extension of Time for Defendant Green United to Respond to Short Form Motion Dkt. No. 131** to be filed with the Court's ECF system which served all counsel of record.

*Clifford B. Parkinson*_____
Clifford B. Parkinson
