**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREEN UNITED, LLC, a Utah limited liability company; WRIGHT W. THURSTON, an individual; and KRISTOFFER A. KROHN, an individual;<br><br>Defendants,<br><br>TRUE NORTH UNITED INVESTMENTS, LLC, a Utah limited liability; and BLOCK BROTHERS, LLC, a Utah limited liability company;<br><br>Relief Defendants. | Case No.: 2:23-CV-00159-AMA-CMR<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>Judge Ann Marie McIff Allen<br><br>Chief Magistrate Judge Cecilia M. Romero |

Attorney Richard F. Ensor (Counsel) moves to withdraw as counsel for Defendant Kristoffer A. Krohn (Motion) (ECF 143). The Motion states the reasoning for the withdrawal as it pertains to attorney-client relationship. Counsel also certifies that the parties have been served with the motion and proposed order via email.

For the reasons stated in the Motion, and pursuant to DUCivR 83-1.4(b)(2), the court GRANTS the Motion and ORDERS as follows:

1. The above listed counsel may withdraw and is hereby removed as counsel for Defendant Kristoffer A. Krohn.

2. Defendant Kristoffer A. Krohn: Within twenty-one (21) days after the entry of this order, Mr. Krohn shall file a notice of pro se appearance, or new counsel shall file a notice of appearance on his behalf.

3. A party who fails to file a notice of appearance as set forth above may be subject to sanction pursuant to Rule 16(f)(1) of the Federal Rules of Civil Procedure, including but not limited to dismissal or default.

## NOTICE TO PARTIES

The court will send this order to Defendant Kristoffer A. Krohn at the physical address and email address set forth in the Motion to Withdraw as Counsel and to all other parties via the CM/ECF system.

DATED this 30 March 2026.

_Cecilia M. Romero_
Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah