# Exhibit 1

Brennan Moss (10267)
Clifford B. Parkinson (13327)
**PARKINSON BENSON POTTER**
2750 Rasmussen Rd., Suite H-107
Park City, UT  84098
Brennan Moss | Partner
Office: 415-534-7970
brennan@pbp.law
cliff@pbp.law

*Attorneys for Defendants Green United, LLC,*
*Wright W. Thurston, and Relief Defendants*
*True North United Investments, LLC, and*
*Block Brothers, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISCTRICT OF UTAH

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION;** | |
| **Plaintiff,** | **DEFENDANTS' AND RELIEF-DEFENDANTS' NOTICE OF DEPOSITION OF LAURIE ABBOTT** |
| **v.** | |
| **GREEN UNITED, a Utah limited liability company; Wright W. Thurston, an individual; and Kristoffer A. Krohn, an individual** | **Case No. 2:23-CV-00159-AMA-CMR** |
| **Defendants,** | **Judge: Ann Marie McIff Allen** |
| **TRUE NORTH UNITED INVESTMENTS, LLC a Utah limited liability company; and BLOCK BROTHERS, LLC, a Utah limited liability company;** | **Magistrate Judge Cecilia M. Romero** |
| **Relief Defendants.** | |

PLEASE TAKE NOTICE that Defendants Green United, LLC, Wright W. Thurston, and

Relief Defendants True North United Investments, LLC, and Block Brothers, LLC, hereby notice

the following deposition:

Deponent:     Laurie Abbott

Date:         April 29, 2026, beginning at 9:00 a.m. local time

Location:     Magleby Cataxinos
              141 W. Pierpont Avenue
              Salt Lake City, Utah 84101

The deposition will be taken before a certified court reporter and videographer and will

continue until completed.

Dated:  April 14, 2026.

**PARKINSON BENSON POTTER**

/s/ *Brennan H. Moss*
Brennan H. Moss
Clifford B. Parkinson

*Attorneys for Green United, LLC and Wright W. Thurston*
*and Relief Defendants True North United Investments,*
*LLC, and Block Brothers, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served the foregoing Defendants' and Relief-Defendants' Notice of

Deposition of Laurie Abbott via email on April 14, 2026, using the following emails:

Jodanna Haskins
HaskinsJo@sec.gov

James P. McDonald
McDonald@sec.gov

Trinity Jordan
trinity.jordan@dentons.com

Jacob R. Lee
jake.lee@dentons.com

*/s/ Brennan H. Moss*