# Exhibit 2

Brennan Moss (10267)
Clifford B. Parkinson (13327)
**PARKINSON BENSON POTTER**
2750 Rasmussen Rd., Suite H-107
Park City, UT  84098
Brennan Moss | Partner
Office: 415-534-7970
brennan@pbp.law
cliff@pbp.law

*Attorneys for Defendants Green United, LLC,*
*Wright W. Thurston, and Relief Defendants*
*True North United Investments, LLC, and*
*Block Brothers, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISCTRICT OF UTAH

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION;** | |
| **Plaintiff,** | **DEFENDANTS' AND RELIEF-DEFENDANTS' NOTICE OF DEPOSITION OF KYLE CZIRR** |
| **v.** | |
| **GREEN UNITED, a Utah limited liability company; Wright W. Thurston, an individual; and Kristoffer A. Krohn, an individual** | **Case No. 2:23-CV-00159-AMA-CMR** |
| **Defendants,** | **Judge: Ann Marie McIff Allen** |
| **TRUE NORTH UNITED INVESTMENTS, LLC a Utah limited liability company; and BLOCK BROTHERS, LLC, a Utah limited liability company;** | **Magistrate Judge Cecilia M. Romero** |
| **Relief Defendants.** | |

PLEASE TAKE NOTICE that Defendants Green United, LLC, Wright W. Thurston, and

Relief Defendants True North United Investments, LLC, and Block Brothers, LLC, hereby notice

the following deposition:

Deponent:        Kyle Czirr

Date:            April 30, 2026, beginning at 9:00 a.m. local time

Location:        Magleby Cataxinos
                 141 W. Pierpont Avenue
                 Salt Lake City, Utah 84101

The deposition will be taken before a certified court reporter and videographer and will continue until completed.

Dated:  April 14, 2026.

                        **PARKINSON BENSON POTTER**

                        /s/ *Brennan H. Moss*
                        Brennan H. Moss
                        Clifford B. Parkinson

                        *Attorneys for Green United, LLC and Wright W. Thurston and Relief Defendants True North United Investments, LLC, and Block Brothers, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Defendants' and Relief-Defendants' Notice of

Deposition of Kyle Czirr via email on April 14, 2026, using the following emails:

Jodanna Haskins
HaskinsJo@sec.gov

James P. McDonald
McDonald@sec.gov

Trinity Jordan
trinity.jordan@dentons.com

Jacob R. Lee
jake.lee@dentons.com

/s/ Brennan H. Moss