**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREEN UNITED, LLC, a Utah limited liability company; WRIGHT W. THURSTON, an individual; and KRISTOFFER A. KROHN, an individual;<br><br>Defendants,<br><br>TRUE NORTH UNITED INVESTMENTS, LLC, a Utah limited liability company; and BLOCK BROTHERS, LLC, a Utah limited liability company;<br><br>Relief Defendants. | **SEVENTH AMENDED SCHEDULING ORDER**<br><br>Case No.: 2:23-cv-00159-AMA-CMR<br><br>Judge Ann Marie McIff Allen<br><br>Chief Magistrate Judge Cecilia M. Romero |

Before the court is Thurston Defendants' Motion for Amended Scheduling Order (Motion) (ECF 167). Plaintiff SEC (SEC) opposes this request primarily on the grounds that Thurston Defendants' rebuttal reports are actually untimely initial reports (ECF 170 at 2). The court finds that this issue is more properly addressed in a motion to exclude, which is not presently before the court. Having considered the parties' respective positions, the court finds good cause for the requested extension of time for Thurston Defendants' expert reports. The court further finds good cause to extend the remaining deadlines by 90 days as requested by the SEC (ECF 170 at 11). Accordingly, the court hereby GRANTS IN PART the Motion and ORDERS that the following matters are scheduled:

## 6. EXPERT DISCOVERY

| | | | |
|---|---|---|---|
| b. | Service of Fed. R. Civ. P. 26(a)(2) Disclosures and Reports– | | |
| | 1. | Rebuttal Reports of Thurston Defendants' financial expert: | 10/16/2026 |
| | 2. | Rebuttal Reports of Thurston Defendants' other experts | 11/16/2026 |
| | 3. | Rebuttal Reports of SEC experts | 2/16/2027 |
| c. | Deadline for expert discovery to close: | | 3/7/2027 |

## 7. OTHER DEADLINES AND TRIAL-RELATED INFORMATION

| | | |
|---|---|---|
| a. | Deadline for filing dispositive or potentially dispositive motions: (including a motion to exclude experts when expert testimony is required to resolve the motion) | 4/19/2027 |
| b. | Deadline for filing a request for a scheduling conference for the purpose of setting a trial date if no dispositive motions are filed: | 4/25/2027 |
| c. | If dispositive motions are filed and the district judge's ruling on those motions does not resolve the case, the parties shall file a request for a scheduling conference with the district judge for the purpose of setting a trial date no later than one week after the ruling on the dispositive motions. | |

DATED this 14 October 2026.

Cecilia M. Romero

Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah